IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| GEORGE THOMAS, § | |
| § | |
| Plaintiff, § | |
| § | |
| v. § | Civil Action No. H-04-1488 |
| § | |
| TPI STAFFING, INC., § | |
| § | |
| Defendant. § | |
| § | |

ORDER

As the Court has granted Defendant TPI Staffing, Inc.'s Motion for Summary Judgment (Document No. 38), the Court hereby

ORDERS that final judgment be entered in favor of Defendant TPI Staffing, Inc. Plaintiff George Thomas's claims against Defendant are DISMISSED. Plaintiff shall take nothing from Defendant.

This is a FINAL JUDGMENT.

SIGNED at Houston, Texas, on this 29th day of June, 2005.

*David Hittner*

_____

DAVID HITTNER

United States District Judge